UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:06-CR-337-T-30MAP

CARLOS SANCHEZ-GARCIA

MOTION TO DISMISS INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a) and by leave of Court endorsed hereon, the United States Attorney for the Middle District of Florida hereby requests the Court to grant the Motion to Dismiss the Indictment which is pending against the defendant, without prejudice. Due to the defendant's use of aliases his true identity was mistaken. It has now been determined that Carlos Sanchez-Garcia has not been found to have re-entered the United States.

WHEREFORE, the United States respectfully requests that this Court grant the Motion to dismiss the Indictment against CARLOS SANCHEZ-GARCIA in Case No. 8:06-CR-337-T-30MAP.

Respectfully submitted,

PAUL I. PEREZ
United States Attorney

By:   /s/ Eduardo E. Toro-Font
EDUARDO E. TORO-FONT
Assistant United States Attorney
AUSA No. 40
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone:   (813) 274-6331
Facsimile:   (813) 274-6178
E-mail:   eduardo.toro-font@usdoj.gov

ORDER

Leave of Court is granted for the filing of the foregoing Order of Dismissal.

Dated: June 15, 2007

JAMES S. MOODY, JR.
United States District Judge